KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for MICHAEL PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-06-00703 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER AUTHORIZING DEFENDANT'S VISIT TO FUNERAL HOME |
| v. | ) | |
| MICHAEL PRICE, | ) | |
| Defendant. | ) | |

THE PARTIES STIPULATE AS FOLLOWS:

1. Defendant Michael Price's mother, Brenda Smith, has died suddenly, and the funeral is currently planned for Monday, May 14, 2007. Mr. Price is currently in the custody of the United States at North County Jail in Oakland awaiting sentencing.

2. The government has no objection to the Court authorizing the U.S. Marshal's or their agents to transporting Defendant Michael Price to the funeral home for a private viewing of his mother's body. Per the Defendant's family, the body of Ms. Smith is located at Skyview Memorial Lawn Mortuary.

3. Time of viewing is at the discretion of the U.S. Marshal, and all costs of said transportation of Defendant shall be born by the Defendant's family.

ORDER

SO STIPULATED.

DATED: May 10, 2007                           /s/ GARTH HIRE
                                              Garth Hire, AUSA
                                              Attorney for the Plaintiff
                                              UNITED STATES


DATED: May 10, 2007                           /s/ KENNETH WINE
                                              Kenneth H. Wine, Esq.
                                              Attorney for Defendant
                                              MICHAEL PRICE


**ORDER**

GOOD CAUSE APPEARING, the U.S. Marshal, or it agents, are hereby ordered to arrange for the private viewing, by Defendant Michael Price, of his mother's body at the funeral home, Skyview Memorial Lawn Mortuary .  The transportation shall take place no later than Sunday, May 13, 2007. The cost of supervising Defendant shall be born by the Defendant and his family.  The time of viewing is at the discretion of the U.S. Marshal.

The Clerk of Court shall promptly deliver a certified copy of this Order to the U.S. Marshal.

IT IS SO ORDERED.

DATED: May 10, 2007                           _____
                                              Hon. D. Lowell Jensen
                                              United States District Court

ORDER                                    2