JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 06-00703 DLJ |
|     Plaintiff,  ) )  | STIPULATION TO RESCHEDULE SENTENCING HEARING;ORDER |
| v.  ) ) | |
| MICHAEL PRICE,  ) ) | |
|     Defendant.  ) ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

     1.    Defendant Michael Price is currently scheduled to appear before this Court on May 16, 2008, for imposition of judgment and sentence.

     2.    The parties are continuing to analyze the materials related to sentencing in this case and require additional time to decide on their positions as to the sentence defendant Price should receive and to prepare their sentencing memoranda setting forth those positions.

///

///

///

3. The parties thus request that the hearing for change of plea and judgment and sentencing be continued until 10 a.m. on June 13, 2008.

IT IS SO STIPULATED.

DATE: May 9, 2008                          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

    /s/[1]
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: May 9, 2008                          /s/
KENNETH WINE, ESQ.

Counsel for Michael Price

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled May 16, 2008, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 10 a.m. on June 13, 2008.

DATED: May 15, 2008                      _[signature]_
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.