1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   MICHAEL JAMES PRICE

           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND DIVISION

UNITED STATES OF AMERICA,                CR 06-703 CW

                    PLAINTIFF,           STIPULATION TO CONTINUANCE; [PROPOSED]
                                         ORDER
             v.

MICHAEL JAMES PRICE,

                    DEFENDANTS.

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date of February 23, 2015 presently scheduled at 2:30 p.m., before the Honorable Claudia Wilken, be vacated and re-set for March 25, 2014, at 1:00 p.m.

   The requested continuance is necessary because defense counsel is attending training out of state. When the February 23, 2015 court date was scheduled, the Court said that it would entertain a stipulation to continue the date if Mr. Price was complying with the conditions of his supervision. Mr. Price is in compliance, has been providing negative drug tests, and is in the

CR 06-703 CW
Stip. to Cont. & Exclusion of Time; [Proposed] Order
                              1

process of trying to enter the Men of Valor drug program. Probation is aware of this request, has no objection to it, and is available on March 25, 2015.

DATED: February 18, 2015                             /S/
                                        ELLEN V. LEONIDA
                                        Assistant Federal Public Defender
                                        Counsel for Defendant MICHAEL PRICE

DATED: February 18, 2015                             /S/
                                        MICHELLE KANE
                                        Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 25, 2015, at 1:00 p.m., before the Honorable Claudia Wilken for sentencing.

IT IS SO ORDERED.

DATED: 2/18/15                        _____
                                        HON. CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

CR 06-703 CW
Stip. to Cont. & Exclusion of Time; [Proposed] Order

2